## Ferraro *v.* Crowell et al., Appellants.

Argued April 9, 1962. Before RHODES, P. J., ERVIN, WRIGHT, WOODSIDE, WATKINS, MONTGOMERY, and FLOOD, JJ,

*Robert E. Pryde,* for appellants.

*B. Albert Bertocchi,* for appellee.

OPINION PER CURIAM, June 13, 1962:
The judgment of the Court of Common Pleas of Armstrong County is affirmed on the opinion of President Judge J. FRANK GRAFF for the court below, reported at 27 Pa. D. & C. 2d 242.